# UNITED STATES DISTRICT COURT
## District of Minnesota

Leonel Luciano Jimenez Arreaga,

          Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Daren K. Margolin, Peter Berg, Sheriff Joel Brott, Department of Homeland Security, Immigration and Customs Enforcement,

          Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-45 NEB/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Leonel J.A.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

a. DECLARES that Leonel J.A. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

b. ENJOINS Respondents from denying release or other relief on the basis that Leonel J.A. is subject to mandatory detention under § 1225(b)(2);

c. ORDERS that, within seven days, Respondents must either provide Leonel J.A. a bond hearing under 8 U.S.C. § 1226(a) or release him; and

d. ORDERS that, within fourteen days, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond

hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

2. The remainder of Leonel J.A.'s Petition is DENIED WITHOUT PREJUDICE.

Date: 1/16/2026                                              KATE M. FOGARTY, CLERK